BENJAMIN B. WAGNER
United States Attorney
HENRY Z. CARBAJAL III
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | ) | 1:10-mj-00363 SKO |
|---|---|---|
| Plaintiff, | ) ) ) | **STIPULATION TO CONTINUE PRELIMINARY HEARING; ORDER** |
| v. | ) ) | Date: January 5, 2011 |
| LUIS COAHUILAS PUNTOS, | ) ) ) | Time: 1:30 p.m.  Ctrm: 9      Hon. Dennis L. Beck |
| Defendant. | ) ) | |

   IT IS HEREBY STIPULATED by and between the parties hereto, by and through their respective attorneys of record, that the preliminary hearing for Defendant Luis Coahuilas Puntos may be continued from 1:30 p.m. on Friday, January 7, 2011, to 1:30 p.m. on Thursday, January 13, 2011.

   This stipulation is based on good cause. The requested preliminary hearing date is within the deadline set by Federal Rule of Criminal Procedure 5.1(c). Moreover, the Government anticipates that the Defendant will be indicted by January 13, 2011, thereby vitiating the need for a preliminary hearing. This stipulation arose at the Government's request, to which counsel

1

**STIPULATION TO CONTINUE PRELIMINARY HEARING; [PROPOSED] ORDER**

for defendant graciously agreed.  For the above-stated reasons, the parties agree that the preliminary hearing may be continued to Thursday, January 13, 2011 at 1:30pm.

```
                                    BENJAMIN B. WAGNER
                                    United States Attorney


Dated: January 3, 2011      By: /s/Henry Z. Carbajal III
                                HENRY Z. CARBAJAL III
                                Assistant U.S. Attorney


                                (As auth. 1/3/11)
Dated: January 3, 2011          /s/Francine Zepeda
                                FRANCINE ZEPEDA
                                Assistant Federal Defender
                                Attorney for Defendant
```

**ORDER**

IT IS SO ORDERED.

**Dated:   January 4, 2011**            **/s/ Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE